UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULHADI NAIM AWAD,<br>　　　　Plaintiff,<br>　　v.<br>DR. BIRBENK,<br>　　　　Defendant. | Case No. 22-cv-00665-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff Abdulhadi Naim Awad's 42 U.S.C. § 1983 suit against Dr. Birbenk, a physician who operated on Awad's hand and the sole remaining defendant in this action, must be dismissed because Birbenk is a private, not a state, actor. According to Awad's allegations, the operation occurred while Birbenk was employed at Queen of the Valley Hospital, which is a private Catholic hospital. (Addendum to Complaint, Dkt. No. 12 at 2.) Because Birbenk was a private, not a state, actor he cannot be held liable under section 1983. *See Gomez v. Toledo*, 446 U.S. 635, 640 (1980) (a private individual does not act under color of state law, an essential element of a section 1983 action).

　　Accordingly, this federal civil rights action is DISMISSED without prejudice to Awad pursuing his claims in state court. The Clerk shall enter judgment in favor of defendant, and close the file.

　　**IT IS SO ORDERED.**

**Dated:** June 2, 2023



WILLIAM H. ORRICK
United States District Judge